[S. F. Nos. 7507–7527.    In Bank.—February 7, 1917.]

ALASKA PACIFIC STEAMSHIP COMPANY (a Corporation), Petitioner, v. A. J. PILLSBURY et al., as Members of the Industrial Accident Commission of the State of California, Respondents.

WORKMEN'S COMPENSATION ACT—JURISDICTION OF INDUSTRIAL ACCIDENT COMMISSION—STEVEDORE—VESSEL LYING IN NAVIGABLE WATERS.—The Industrial Accident Commission of this state has jurisdiction to make an award of compensation for an accidental injury to a stevedore while working on a vessel lying in navigable waters in this state.

APPLICATION for a Writ of Certiorari to review an award of the Industrial Accident Commission of the State of California.

The facts are stated in the opinion of the court.

Ira A. Campbell, and McCutchen, Olney & Willard, for Petitioner.

Christopher M. Bradley, and F. R. Wall, for Respondents.

THE COURT.—In the above-entitled proceedings, writs of *certiorari* were issued to review an award of the Industrial

Accident Commission, allowing compensation to a stevedore injured while working on a vessel lying in navigable waters in this state. The only point made against the awards is that which was considered by this court in *North Pacific Steamship Co.* v. *Industrial Accident Commission, ante,* p. 346, [163 Pac. 199], and on the authority of that case, the proceedings of the commission must be upheld.

The award is affirmed.

Rehearing denied.